Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
P.O. Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ ronstadtlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Michelle Thomas, | No. CV-21-571-PHX-SMB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Unum Life Insurance Company of America, | |
| Defendants. | |

The parties hereby give notice that they have negotiated a settlement in the above-referenced matter.  Counsel for the parties are finalizing settlement and Plaintiff will file a Stipulation of Dismissal with Prejudice within 30 days.

DATED August 31, 2021

RONSTADT LAW, PLLC


By: *s/ Erin Rose Ronstadt*
　　Erin Rose Ronstadt
　　Kyle Shelton

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2021 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen M. Bressler
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004-2595
sbressler@lewisroca.com

*Attorney for Defendant*

*s/ Merry Martin*