IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Michelle Thomas,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Unum Life Insurance Company of America,<br><br>　　　　　Defendant. | No. CV-21-00571-PHX-SMB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 16) and for good cause appearing,

　　　　**IT IS HEREBY ORDERED** dismissing this case with prejudice, each party to bear their own costs and attorneys' fees.

　　　　Dated this 8th day of September, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge